UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: DEJESUS APONTE, ANGEL              Case No. 12-BK-16901-CPM
                                          Chapter 7

        Debtor(s)./
_____

**TRUSTEE'S NOTICE OF ABANDONMENT OF THE PROPERTY OF THE BANKRUPTCY ESTATE**

To:     ALL INTERESTED PARTIES
FROM:   ANGELA L. WELCH ESPOSITO, TRUSTEE
_____
_____

        ***IMPORTANT NOTICE TO CREDITORS AND PARTIES OF INTEREST***
PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS NOTICE OF ABANDONMENT WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY OF INTEREST FILES AN OBJECTION WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE OF THIS PAPER.  If YOU OBJECT TO THE ABANDONMENT, YOU MUST FILE YOUR OBJECTIONS WITH THE CLERK, US BANKRUPTCY COURT, 801 N. FLORIDA AVENUE, #555, TAMPA, FL 33602-3899, AND SERVE A COPY ON THE UNDERSIGNED AT THE ADDRESS SHOWN BELOW.  UNLESS WRITTEN OBJECTIONS ARE FILED WITH THE CLERK OF THE BANKRUPTCY COURT WITHING FOURTEEN (14) DAYS FROM THE DATE OF THE MAILING OF THIS NOTICE, THE PROPERTY SHALL BE DEEMED TO BE ABANDONED WITHOUT FURTHER NOTICE OR HEARING, AND WITHOUT FURTHER ORDER OF THE COURT.  IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE A HEARING AND YOU WILL BE NOTIFIED.

PERSUANT TO 11 USC SECTION 554 AND F.R.B.P. 6007, THE TRUSTEE HEREBY GIVES NOTICE OF THE ABANDONMENT OF THE FOLLOWING PROPERTIES OF THE BANKRUPTCY ESTATE:

    1. 2012 Nissan Sentra
    2. 2007 Hyundai Entourage

Said property is being abandonment for the following reason: There is insufficient equity for the sale of the above properties due to extensive liens and or other corrective measures to cover the expenses from the estate and provide a meaningful distribution to the creditors.

        DATED this 16th day of April, 2013

s/ Angela Welch Esposito, Trustee
Angela Welch Esposito, Trustee
12157 W. Linebaugh Ave. PMB 401
Tampa, FL 33626
(813) 814-0836

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic delivery and/or regular United States mail to U.S. Trustee's Office USTPRegion21.TP.ECF@USDOJGOV; **and to the parties on the attached matrix**

/s/ Angela Welch Esposito_____
Angela Welch Esposito, Trustee
12157 W. Linebaugh Ave. PMB 401
Tampa, FL 33626
(813) 814-0836
