**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

ANGEL J. DE JESUS APONTE,                    Case No. 8:12-bk-16901-CPM

        Debtor.                                            Chapter 7
_____/

## TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

**COMES NOW** Angela Esposito ("the Applicant"), the duly appointed and acting Trustee in the above-styled bankruptcy case, and hereby requests the authority to employ special counsel for the limited purpose of representing the Applicant in maintaining adversary proceedings and related matters against certain entities for alleged consumer protection statutory and common law claims on a modified contingency fee basis and in support thereof states:

1.    The Applicant has been appointed Trustee of the above-styled estate, and is duly qualified and acting.

2.    The Applicant requires the assistance of special counsel to enable him to properly perform his functions as Trustee in maintaining adversary proceedings against certain entities for alleged consumer protection statutory and common law claims on a contingency fee basis.

3.    These issues are of a legal nature and the Trustee requires special counsel to assist with the adversary proceedings. These causes of action and any proceeds from them are property of the bankruptcy estate.

4.    The Applicant desires to employ special counsel to assist him in performing these legal duties necessitated by the administration of the estate. The services of the proposed attorney, acting as special counsel, will not duplicate those of the Trustee, but are necessary in order for the Trustee to carry out his functions and duties. The Applicant desires to employ THOMAS A. LASH, ESQ., AND THE LAW FIRM OF LASH & WILCOX PL (the "Attorneys") as counsel for the Trustee. The Attorneys have no interest adverse to the estate.

5.    The Applicant believes that the retention of the Attorneys is in the best interest of the estate.

6. Pursuant to the Applicant's agreement with the Attorneys as special counsel for the estate, their compensation, subject to this court's review, approval, and an order awarding attorneys' fees, will be on the basis of a modified contingency fee plus costs as follows:

    a. The Attorneys shall recover no attorneys' fees or costs unless Applicant is a prevailing party in the adversary proceedings or the adversary proceedings and related matters result in a settlement that includes a payment to, or other tangible economic benefit for the bankruptcy estate;

    b. The consumer protection statutes under which the Attorneys propose to bring the adversary proceedings provide for: (i) the payment of Applicant's attorneys' fees and costs by the defendant(s) if Applicant is a prevailing party; (ii) statutory damages; (iii) actual damages; and (iv) punitive damages;

    c. For purposes of 6.b. above, the present hourly rate of partners Thomas A. Lash and John W. Wilcox is $415.00 per hour and of counsel George C. Bedell, III is $375.00 per hour. Associates are presently billed at hourly rates from $175.00 to $255.00 per hour and paralegals at the rate of $125.00 per hour;

    d. Applicant has agreed to pay the Attorneys': (i) fees and cost recovered as a prevailing party in the adversary proceeding or agreed to as part of a settlement under paragraph 6.b.(i) above; and, (ii) thirty percent (30%) of any other damages, such as actual or punitive damages which may be recovered to the benefit of the bankruptcy estate;

    e. Applicant and the estate shall retain: (i) all Applicant's and entities statutory damages under paragraph 6.b.(ii) above; and (ii) seventy percent (70%) of any other damages, such as actual or punitive damages, which may be recovered to benefit of the bankruptcy estate.

**WHEREFORE**, the Applicant requests the entry of an order authorizing him to employ and retain the Attorneys as special counsel for the estate on the terms and conditions specified hereinabove, with no fees or cost paid to such special counsel without further Order of this Court.

Dated: This 30th day of April, 2013.                            Respectfully submitted,

                                                                                          /s/ Angela Esposito
                                                                                  Angela Esposito, Trustee
                                                                                  12157 W. Linebaugh Ave., PMB 401
                                                                                  Tampa, FL  33626

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this pleadings has been sent by regular U.S. Mail or e-mail to the following: Asst. U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; and Thomas A. Lash, Esq., and the Firm of Lash & Wilcox PL, 4401 W. Kennedy Blvd., Ste. 210, Tampa, FL 33609 this 30th day of April, 2013.

    /s/ Angela W. Esposito  
Angela Esposito, Trustee  
12157 W. Linebaugh Ave., PMB 401  
Tampa, FL 33626